# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

THOMAS B. MOWREY                                                CIVIL ACTION

VERSUS

                                                                18-260-SDD-RLB

MARTHA JEAN HARRIS

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated October 17, 2018, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Complaint*[3] is hereby dismissed without prejudice.

Signed in Baton Rouge, Louisiana on December 14, 2018.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 12.
[3] Rec. Doc. 1.